UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|                    | Case No.: | 14-31508   |
|                    | Judge:    | GMH        |
|                    | Chapter:  | Chapter 13 |

**In Re: Sarah Shaw**

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

The Debtor, through Geraci Law, LLC, has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short an plain statement of factual and legal basis for the objection. File your written request at:

1. Clerk, U.S. Bankruptcy Court
   517 East Wisconsin Avenue, Room 126
   Milwaukee, WI 53202-4581

and provide copies to

| United States Trustee | Mary B. Grossman |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 East Wisconsin Avenue, Room 430 | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

Geraci Law, LLC
Andrew Mark Golanowski          Sarah Shaw
2505 N. Mayfair Rd. #101         4666 N. 79th St.
Wauwatosa, WI 53226              Milwaukee, WI 53218

in time for its receipt by the above deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order modifying the Plan.

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is the Debtor.
2. This is a request to modify a Chapter 13 Plan:

    a. __X__ post-confirmation
    b. ____ pre-confirmation
        i. Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
        ii. Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:
3. The Proponent wishes to modify the Chapter 13 Plan to do the following: account for feasibility with an anticipated supplemental mortgage arrearage claim, and 2014 income tax refunds due the Plan.

4. The reason(s) for the modification is/are: see above.

5. Select A or B:

    A. __X__ The confirmed Chapter 13 Plan is modified as follows: Debtor shall pay $605 monthly for the remainder of the Plan, which shall run 60 months. Allowed general unsecured claims shall receive a pro rata share of not less than $169 plus an additional $2,536.50 representing 2014 income tax refunds due the Plan.

    B. ____ The unconfirmed Chapter 13 Plan is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the even of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. I/We, _____, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

    _____     _____
    Debtor                                                     Date


    _____     _____
    Debtor                                                     Date

OR

2. I, Andrew Golanowski, attorney for the debtor(s), certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Thursday, July 23, 2015.

By: */s/ Andrew Mark Golanowski*
Andrew Mark Golanowski
Attorney for Debtor
Bar #: 1055499

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| **In Re: Sarah Shaw** | **Case No.:** 14-31508<br>**Judge:** GMH<br>**Chapter:** Chapter 13 |

## CERTIFICATE OF SERVICE

      The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Thursday, July 23, 2015:

**SEE ATTACHED LIST**

Sarah Shaw
4666 N. 79th St.
Milwaukee, WI 53218


      Additionally, the documents referenced above were also served via electronic means on the following individuals on Thursday, July 23, 2015:

| | |
|---|---|
| United States Trustee | Mary B. Grossman |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |


Dated this Thursday, July 23, 2015.

                                        By: _/s/ Andrew Mark Golanowski_____
                                               Andrew Mark Golanowski
                                               Attorney of the Debtor
                                               Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 14-31508-gmh<br>Eastern District of Wisconsin<br>Milwaukee<br>Thu Jul 23 11:17:58 CDT 2015 | Wells Fargo Bank, N.A.,<br>c/o Gray & Associates, L.L.P.<br>16345 West Glendale Drive<br>New Berlin, WI 53151-2841 | ADT Security Services<br>Bankruptcy Department<br>2250 W. Pinehurst Blvd.<br>Addison,IL 60101-6100 |
| Allied Interstate<br>Bankruptcy Dept.<br>3000 Corporate Exchange Dr.<br>5th Fl<br>Columbus,OH 43231-7723 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 |
| CAP1/Bostn<br>Attn: Bankruptcy Dept.<br>26525 N Riverwoods Blvd<br>Mettawa,IL 60045-3440 | COMENITY BANK/Bstonstr<br>Attn: Bankruptcy Dept.<br>3100 Easton Square Pl<br>Columbus,OH 43219-6232 | CashNetUSA.com<br>Bankruptcy Department<br>200 W. Jackson Blvd. #1400<br>Chicago,IL 60606-6929 |
| Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta,GA 30374-0241 | Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen,TX 75013-2002 |
| MCI<br>Attn: Bankruptcy Dept.<br>500 Technology Dr Ste 30<br>Weldon Spring,MO 63304-2225 | MILWAUKEE WATER WORKS<br>200 E WELLS ST<br>RM 800<br>MILWAUKEE WI 53202-3515 | Mcydsnb<br>Attn: Bankruptcy Dept.<br>9111 Duke Blvd<br>Mason,OH 45040-8999 |
| Milwaukee County Circuit Court<br>2003SC003797<br>901 N. 9th ST.<br>Milwaukee,WI 53233-1425 | Milwaukee Water Works<br>Billing Dept.<br>841 N. Broadway<br>Milwaukee,WI 53202-3677 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | TIME Warner Milwaukee<br>C/O Credit Management LP<br>4200 International Pkwy<br>Carrollton,TX 75007-1912 | Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19016-1000 |
| We Energies<br>Attn Bankruptcy Dept. RM A130<br>333 W Everett St<br>Milwaukee WI 53290-0002 | Webbank<br>C/O Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego,CA 92123-2255 | Webbank/Fingerhut<br>Attn: Bankruptcy Dept.<br>6250 Ridgewood Rd<br>Saint Cloud,MN 56303-0820 |
| Wells Fargo Bank, N.A.<br>c/oWells Fargo Bank, N.A.<br>Attn: Bankruptcy Department<br>MAC #D3347-014 3476 Stateview Blvd<br>Fort Mill, SC 29715 | Wells Fargo Financial<br>Bankruptcy Dept.<br>N81 W15104 Appleton Ave<br>Menomonee Falls,WI 53051-3841 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| Wisconsin Electric POW<br>Attn: Bankruptcy Dept.<br>231 W Michigan St # A130<br>Milwaukee,WI 53203-2918 | Alexander E. George<br>Geraci Law L.L.C.<br>55 E. Monroe #3400<br>Chicago, IL 60603-5920 | Andrew M. Golanowski<br>Geraci Law, L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 |